*1659-14*

# ELECTRONIC RECORD

COA # __01-13-00845-CR__    OFFENSE: __19.02 (Murder)__

STYLE: Dean Jerome Wood v. The State of Texas    COUNTY: __Harris__

COA DISPOSITION: __AFFIRM__    TRIAL COURT: __176th District Court__

DATE: __11/06/14__    Publish: __NO__  TC CASE #: __1285552__

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Dean Jerome Wood v. The State of Texas    CCA #: __1659-14__

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: __03/04/2015__    SIGNED: _____    PC: _____

JUDGE: __Per Curiam__    PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**